UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MICA DURAN

              Plaintiff,

      - against -

WOLTERS KLUWER HEALTH, INC., and OVID TECHNOLOGIES, INC.

              Defendants.

------------------------------------------------------------------ x

15 CIV. 7713 (DLC)

**AFFIRMATION RE SERVICE OF NOTICE PRETRIAL CONFERENCE ON DEFENDANTS' COUNSEL**

Andrew Berger affirms as follows under penalties of perjury:

1. I am counsel to Tannenbaum Helpern Syracuse & Hirschtritt LLP, attorneys for plaintiff Mica Duran in this action.

2. By email dated October 2, 2015, I served the Court's Notice of Initial Pretrial Conference on counsel for defendants, Elizabeth A. Edmondson, Esq., at Jenner & Block.

3. I copied that email to Alison Stein, Esq. also at Jenner & Block.

4. Ms. Edmondson and I have since discussed that pretrial conference.

                                                            Andrew Berger

October 20, 2015