```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
MICA DURAN                                      :      No. 1:15-cv-07713 (DLC)
                                                :
                    Plaintiff,                  :
                                                :
            - against -                         :
                                                :
WOLTERS KLUWER HEALTH, INC.                     :
AND OVID TECHNOLOGIES, INC.,                    :
                                                :
                    Defendants.                 :
                                                :
--------------------------------------------------------------- x
```

# NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and annexed Declaration of Elizabeth A. Edmondson and accompanying exhibits, the undersigned attorneys for Defendants Wolters Kluwer Health, Inc. and Ovid Technologies, Inc. shall move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 15B, New York, New York 10007, for an Order dismissing Claims 4, 5, 6, 7, 8 of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems appropriate.

Dated: November 2, 2015                         Respectfully Submitted,

                                                /s/ Elizabeth A. Edmondson

                                                Elizabeth A. Edmondson
                                                Alison I. Stein
                                                JENNER & BLOCK LLP
                                                919 Third Avenue, 37th Floor

New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Matthew D. Basil
JENNER & BLOCK LLP
353 N Clark St
Chicago, IL 60654
Telephone: (312) 840-7411
Facsimile: (312) 840-7511

*Attorneys for Wolters Kluwer Health, Inc.
and Ovid Technologies, Inc.*