```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
MICA DURAN                                    :      No. 1:15-cv-07713 (DLC)
                                              :
                Plaintiff,                    :
                                              :
         - against -                          :
                                              :
WOLTERS KLUWER HEALTH, INC.                   :
AND OVID TECHNOLOGIES, INC.,                  :
                                              :
                Defendants.                   :
                                              :
--------------------------------------------------------------- x
```

# **WOLTERS KLUWER HEALTH, INC.'S STATEMENT OF CORPORATE DISCLOSURE**

Defendant Wolters Kluwer Health, Inc., by its attorneys, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant Wolters Kluwer Health, Inc. is a nongovernmental corporate entity.

2. Wolters Kluwer Health, Inc. is a wholly owned subsidiary of Wolters Kluwer U.S. Corporation, a Delaware corporation. In turn, Wolters Kluwer U.S. Corporation is a wholly owned subsidiary of Wolters Kluwer North America, Inc., a Delaware corporation. Wolters Kluwer North America, Inc. is a wholly owned subsidiary of Wolters Kluwer International Services N.V., a Belgian company. Wolters Kluwer International Services N.V. is a wholly owned subsidiary of Wolters Kluwer International Holding B.V., a Dutch company. Wolters Kluwer International Holdings B.V. is a wholly owned subsidiary of Wolters Kluwer N.V., a publicly-traded Dutch company.

Date: November 2, 2015	s/ Elizabeth A. Edmondson

Elizabeth A. Edmondson
Alison I. Stein
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

Matthew D. Basil (*pro hac vice*)
JENNER & BLOCK LLP
353 N Clark St
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

*Attorneys for Wolters Kluwer Health, Inc. and Ovid Technologies, Inc.*