UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
MICA DURAN,                              :
:                    15cv7713 (DLC)
                    Plaintiff,           :
:                    Order
            -v-                          :
:
WOLTERS KLUWER HEALTH, INC., and OVID     :
TECHNOLOGIES, Inc.,                      :
:
                    Defendants.          :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2015

DENISE COTE, District Judge:

It having been reported to this Court that that the parties have agreed to mediation and following a teleconference with all parties on November 5, 2015, it is hereby

ORDERED that defendants' motion to dismiss filed on November 2 is denied without prejudice. It may be restored on letter application to this Court at any time before March 4, 2016.

IT IS FURTHER ORDERED that the November 13 initial pretrial conference date is moved to March 4, 2016 at 10:00am in Courtroom 15B.

Dated:    New York, New York
          November 5, 2015

                                    _____
                                            DENISE COTE
                                    United States District Judge